U.S. Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME KATHERINE DHAENE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:12-cv-01705-BAT <br><br> (PROPOSED) ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406 (b) |

THIS MATTER having come on regularly before the undersigned judge upon Plaintiff's <u>unopposed</u> Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406 (b), the Court having considered the pleadings and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Christopher Troy Lyons is awarded a gross attorney's fee of $15,000 pursuant to 42 U.S.C. § 406 (b), reduced by the EAJA fee of $3520

ORDER – PAGE 1
2:12-cv-01705-BAT

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310

that previously was awarded, (and voluntarily adjusted from $11,480 to a lower amount) leaving a net § 406 (b) fee of $11,326. Social Security is directed to send to Plaintiff's attorney a check in the amount of $11,326 or otherwise pay Plaintiff's attorney electronically.

DATED this 20th day of October, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Christopher T. Lyons
CHRISTOPHER T. LYONS
Attorney for Plaintiff
WSBA # 26350
P.O. Box 1645
Coupeville, WA 98239
Phone: 360-675-9310

ORDER – PAGE 2
2:12-cv-01705-BAT

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310